IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANNIKEN U. DAVENPORT, :
    Plaintiff : No. 1:20-cv-01700
:
    v. : (Judge Kane)
:
CAPIO PARTNERS LLC, <u>et al</u>, :
    Defendant :

## ORDER

**AND NOW**, on this 28th day of April 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Capio Partners, LLC ("Defendant")'s motion to dismiss (Doc. No. 5) Plaintiff Anniken U. Davenport ("Plaintiff")'s complaint (Doc. No. 1) is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

3. Plaintiff's motion to file a supplemental brief (Doc. No. 10) in opposition to Defendant's motion to dismiss (Doc. No. 5) is **GRANTED** and her proposed supplemental brief (Doc. No. 10-1) is deemed filed; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                           <u>s/ Yvette Kane</u>
                                           Yvette Kane, District Judge
                                           United States District Court
                                           Middle District of Pennsylvania