IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNIKEN U. DAVENPORT,** | : | |
| Plaintiff | : | No. 1:20-cv-01700 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CAPIO PARTNERS LLC, <u>et al.</u>,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 21st day of January 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion for reconsideration (Doc. No. 22) of the Court's April 28, 2021 Order dismissing his complaint is **DENIED**. This action will remain **CLOSED**.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania